UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HMS HOLDINGS, LLC,

Plaintiff,

-against-

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

Defendants.

Case No. 1:26-cv-05432 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court will hold a virtual hearing to discuss Plaintiff's application for a preliminary injunction and temporary restraining order and related motions, *see* Dkts. 8-13, on **July 14, 2026**, at **4:00 p.m.** via Microsoft Teams. The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone conference ID: 706 527 226#.

Dated: July 10, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge