UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HMS HOLDINGS, LLC,

Plaintiffs,

-against-

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

Defendants.

Case No. 1:26-cv-05432 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On July 14, 2026, Plaintiff was ordered to show cause as to why the Court should not dismiss this action against all but the first Defendant for misjoinder. Dkt. 19 (the "Order"). On August 18, 2026, after voluntarily dismissing over one hundred defendants, Plaintiff responded to the Order with, among other things, an expert report detailing the relationship between the remaining defendants. Dkt. 22. On October 7, 2026, the Court scheduled a hearing for October 13, 2026 to discuss Plaintiff's response to the Order. Dkt. 28.

For the reasons set forth during the hearing on October 13, 2026, the Court will not dismiss Plaintiff's claims nor the remaining 89 Defendants for lack of proper joinder at this time. Plaintiff shall proceed with next steps in this matter.

Dated: October 13, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge