UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HMS HOLDINGS, LLC,

Plaintiff,

-against-

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

Defendants.

Case No. 1:26-cv-05432 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of HMS Holdings, LLC's ("Plaintiff") motions for leave to file certain documents under seal. *See* Dkt. 8; Dkt. 24. For the reasons discussed on the record during the Court's November 10, 2026 hearing, Plaintiff's initial motion, Dkt. 8, is DENIED as moot.

With respect to Plaintiff's second motion, Dkt. 24, for the reasons provided on the record at the November 10, 2026 hearing, and as reflected in the Court's November 10, 2026 Temporary Restraining Order, the Court GRANTS Plaintiff's request. Specifically, Plaintiff requested to file under seal: Plaintiff's Schedule A to the Amended Complaint, Plaintiff's unredacted version of the Amended Complaint, Exhibit 2 to the Amended Complaint showing the Defendants' alleged infringement, and Exhibit 3 to the Amended Complaint containing the expert report of Zhiyuan Ren (the "Sealed Documents"). *Id.* at 1. The Sealed Documents shall be sealed and remain sealed until the Defendants' Accounts and the Defendants' Assets are restrained or the TRO. Plaintiff shall file unsealed versions of the Sealed Documents prior to the expiration of the Court's November 10, 2026 Temporary Restraining Order, Dkt. 37, when

Financial Institutions have confirmed that Defendants' funds have been frozen and Plaintiff has properly served Defendants with the Summons and the Complaint, whichever comes later.

The Clerk of Court is respectfully directed to terminate the motions at Dkts. 8 and 24.

Dated: November 12, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge